IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LORENZO CECIL GRAVES, | § | |
| Petitioner, | § | |
| v. | § | 2:15-CV-0339 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PETITIONER'S MOTIONS TO WITHDRAW, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

On December 1, 2015, petitioner filed with this Court a petition for a federal writ of habeas corpus. On December 21, 2015 and December 29, 2015, petitioner filed motions to withdraw his habeas petition. On February 8, 2016, after twice seeking clarification as to the relief petitioner was seeking by his motions, the United States Magistrate Judge issued a Report and Recommendation recommending therein that petitioner's motions to withdraw be granted, and the instant habeas application be dismissed. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's motions to withdraw are GRANTED, and the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this _1st_ day of _March_, 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE